UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ANGELO LOUIS DICOSTANZO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF YELLOWSTONE, EMILY JO ROARK, BRETT D. LINNEWEBER, MANDI GOULD, TYLER THOMAS DUGGER, AND TERRY HALPIN,<br><br>Defendant. | Case No. CV-24-122-BLG-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 8) this matter is DISMISSED.

Dated this 3rd day of October, 2024.

TYLER P. GILMAN, CLERK

By: /s/ H. G.
H. G., Deputy Clerk